IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HELEN CRABTREE, | § § | |
| *Plaintiff,* | § § § | SA-20-CV-00919-JKP |
| vs. | § § § | |
| ALLSTATE INDEMNITY COMPANY, | § § § | |
| *Defendant.* | § | |

## ORDER

Before the Court in the above-styled cause of action is the parties' Joint Agreed Motion to Abate [#12], by which they ask the Court to stay this case for approximately 60 days to allow for the completion of a reinspection of the insured property at issue. On this day, the parties appeared through counsel for a telephonic initial pretrial conference. Based on the representations at the conference, the Court will grant the motion, enter a stay until December 31, 2020, and set this case for a telephonic status conference in January 2021 to address the issuance of a scheduling order.

**IT IS THEREFORE ORDERED** that the parties' Joint Agreed Motion to Abate [#12] is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is **STAYED** until **December 31, 2020**.

**IT IS FURTHER ORDERED** that this case is set for a telephonic status conference at **10:30 a.m. on January 12, 2021**.

The contact information for the conference is as follows:

\*\*Please call in 5 minutes prior to start of hearing.\*\*

1. Toll free number:  888-808-6929

1

   2. Access code: 9923187

   3. Participant Security Code: 011221

If there are questions regarding the telephonic appearance, the parties should contact Valeria Sandoval, Courtroom Deputy, at txwdml_chambers_sa_judgechestney@txwd.uscourts.gov.

The use of speaker phones is prohibited during a telephonic appearance. Additionally, because earlier hearings in other cases may be in progress at the time attorneys call in for their scheduled hearing, attorneys should call in with their phones on "mute" and wait for the Courtroom Deputy to address them before they speak.

**IT IS FINALLY ORDERED** that the parties file joint proposed scheduling recommendations in accordance with the form contained in the Court's Order dated August 13, 2020 [#7] on or before **January 8, 2021**.

SIGNED this 29th day of October, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE